

1900 K Street, NW
Washington, DC 20006-1110
+1 202 261 3300 Main
+1 202 261 3333 Fax
www.dechert.com

**JOSHUA D.N. HESS**

joshua.hess@dechert.com
+1 202 261 3438 Direct
+1 415 262 4555 Fax

January 30, 2017

**VIA ECF**

Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Hampton v. Pacific Investment Management Co., LLC, et. al.*, No. 15-56841

Dear Clerk of the Court:

My firm is counsel of record for Appellees PIMCO Funds, E. Philip Cannon, J. Michael Hagan, Ronald C. Parker, and Vern O. Curtis in the above-captioned matter and we write on behalf of all Appellees. We have conferred with counsel for all other Appellees and confirm that all Appellees' counsel are available for oral argument in Pasadena on May 8-12, 2017.

Sincerely,

*/s/ Joshua D.N. Hess*
Joshua D.N. Hess

JDH/br

cc: All Counsel of Record via ECF