UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM T. HAMPTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC; et al.,<br><br>Defendants-Appellees. | No. 15-56841<br><br>D.C. No. 8:15-cv-00131-CJC-JCG<br><br>ORDER |

Before: THOMAS, Chief Judge, REINHARDT, Circuit Judge, and KORMAN,[*] District Judge.

The parties are to bear their own costs on appeal.

---

[*] The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.